UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAVONNA M. NEWTON,

        Plaintiff,                  CIV. S-05-1184 PAN

     v.

JO ANNE B. BARNHART,                ORDER TO SHOW CAUSE
Commissioner of Social
Security,

        Defendant.

                    -o0o-

     On June 15, 2005, plaintiff filed a complaint seeking review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits.  The scheduling order filed June 21, 2005, required plaintiff file and serve a motion for judgment within 60 days after service of defendant's answer.  Defendant served and filed an answer on November 18, 2005, but plaintiff has failed to file a motion for judgment.

     Within 11 days from the date of this order, plaintiff shall show cause in writing why this action should not be dismissed.

     Dated:  February 13, 2006.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge