IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVONNA M. NEWTON,

    Plaintiff,                                    CIV. S-05-1184-PAN (JFM)

    vs.

JO ANNE B. BARNHART,                              ORDER
Commissioner of Social Security,

    Defendant.
_____/

        Plaintiff is proceeding pro se.  The matter was transferred to this court for all purposes including entry of judgment pursuant to 28 U.S.C. § 636(c).

        The administrative transcript in this action was filed November 18, 2005.  Under the scheduling order filed June 21, 2005, plaintiff was directed to file a motion for summary judgment and/or remand within sixty days from being served with a copy of the administrative record.  That time has now expired and plaintiff has failed to comply with the court's scheduling order.

        By order filed February 13, 2006, plaintiff was directed to show cause, within 11 days, why this action should not be dismissed.  That time has now expired, and plaintiff has not complied with the February 13, 2006 order or otherwise responded to the court's order.  Plaintiff will be given an additional thirty days in which to file a motion for summary judgment or motion

1

1  for remand.  Plaintiff is cautioned that failure to file such a motion will result in an order
2  dismissing this case.
3  DATED:  May 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

7  001;newton.fsc.dism by jfm.wpd