| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | BOBBIE J. MONTOYA |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Fax: (916) 554-2900 |
| 5 | SARAH L. RYAN |
|   | Special Assistant U.S. Attorney |
| 6 | 333 Market Street, Suite 1500 |
|   | San Francisco, CA 94105 |
| 7 | Telephone: (415) 977-8943 |
|   | Fax: (916) 744-0134 |

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAVONNA M. NEWTON, | ) |
| Plaintiff, | ) |
|  | ) Case No. 2:05-CV-01184-PAN (JFM) |
| vs. | ) |
|  | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, for the purpose of conducting a further review of this matter. The current due date is AUGUST 16, 2006. The new due date will be SEPTEMBER 15, 2006.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

/s/ David M. Shore
    *(As authorized on* August 15, 2006)
DAVID M. SHORE
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney


By:    /s/ Bobbie J. Montoya for
        *(As signed on* August 15, 2006)
    SARAH L. RYAN
    Special Assistant U.S. Attorney

    Attorneys for Defendant


OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

    APPROVED AND SO ORDERED.

DATED:  August 18, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/newton.eot.ss