McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
SARAH RYAN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAVONNA M. NEWTON, | Case No. 2:05-CV-01184-PAN (JFM) |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new administrative hearing at which she may present any additional evidence she chooses, and a new decision.

Upon remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to update the medical record and secure a consultative mental status evaluation with psychological testing. Upon completion of the record, the ALJ will reconsider and address all medical source opinions of record and reevaluate the Plaintiff's mental residual functional capacity accordingly.

1  The Plaintiff should submit proof of dates worked and amounts paid, and the ALJ shall reassess
2  substantial gainful activity according to her earnings record and other evidence of work and
3  earnings after alleged onset.
4      It is further stipulated that the administrative decision giving rise to this action is hereby
5  vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as
6  provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to
7  Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

/s/ David M. Shore
   (*As authorized on* SEPTEMBER 11, 2006)
DAVID M. SHORE
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By:   /s/ Bobbie J. Montoya for
         (*As signed on* SEPTEMBER 11, 2006)
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant


OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

1       <u>ORDER</u>

2         APPROVED AND SO ORDERED.

3    DATED:  September 13, 2006.

4

5                                             _____
                                              UNITED STATES MAGISTRATE JUDGE
6

7
     13
8    Newton.Ord.Rem.ss.wpd